Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**
JAN 27 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Martell A. LeGrand

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(*BIVENS* ACTION)

v.

Hazelton USP
FBOP / Etc

Civil Action No.: 5:20-cv-17
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

*Enter above the full name of defendant(s) in this action*

## I.   JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.   PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.   Name of Plaintiff: Martell LeGrand   Inmate No.: 2080895
         Address: 10520 Judicial Dr Fairfax VA 22030
         County Jail

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*